UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>LARRY HOOVER, and )<br>GREGORY SHELL )  | No. 95 CR 508-1, -2<br><br>Judge Harry D. Leinenweber |

**GOVERNMENT'S MOTION FOR ORAL ARGUMENT
ON FIRST STEP ACT MOTIONS**

The United States of America, through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, respectfully moves for oral argument on the pending First Step Act motions filed by defendants Larry Hoover (Dkt. 1232) and Gregory Shell (Dkt. 1224) unless the Court elects to deny those motions based on the briefs.

In support of this motion, the government states as follows:

1. On October 11, 2019, Shell filed a motion for relief under the First Step Act. Dkt. 1224. The government responded to Shell's motion on January 31, 2020. Dkt. 1239. Shell's reply is due on March 13, 2020. Dkt. 1244.

2. On December 21, 2019, Hoover filed a motion for relief under the First Step Act. Dkt. 1232. The government's response to Hoover's motion is due on April 10, 2020. Dkt. 1240. Hoover's reply is due on May 1, 2020. *Id*.

3. As the government emphasized in its response to Shell's motion, even if the Court determines that Hoover and Shell were sentenced for a "covered offense"— as the First Step Act defines that term—the decision whether to grant relief remains

1

discretionary. Dkt. 1239 at 34-39. Specifically, Section 404(c) of the First Step Act states: "Nothing in this section shall be construed to require a court to reduce any sentence pursuant to this section."

4.  To that end, if the Court does not deny the pending First Step Act motions based on the briefs, the government seeks to be heard at oral argument on why the Court should not exercise its discretion to reduce Hoover's or Shell's sentence.

Dated: March 5, 2020

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Grayson Sang Walker*
GRAYSON SANG WALKER
Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 697-4091

## CERTIFICATE OF SERVICE

I, Grayson Sang Walker, hereby certify that on March 5, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR ORAL ARGUMENT** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Grayson Sang Walker*
GRAYSON SANG WALKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 697-4091